IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY FERNANDEZ, | CIV. S-12-32 JAM CKD |
|     Plaintiff, | ORDER TO ALLOW FILING OF |
| | FIRST AMENDED COMPLAINT |
| UNITED STATES OF AMERICA, | |
|     Defendants. | |

After a review of the Stipulation of Counsels and the records in this case, the Court makes the following order:

Plaintiff will be allowed to file his First Amended Complaint.

IT IS SO ORDERED.

Dated: July 16, 2012

                                        /s/ John A. Mendez

                                        JOHN A. MENDEZ

                                        United States District Court Judge