BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2720
Facsimile:   (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY FERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, RITE AID CORPORATION,<br><br>　　　　Defendants. | CASE NO.  2:12-cv-00032 JAM CKD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

　　　　Plaintiff Jerry Fernandez and defendant United States of America hereby stipulate and agree that the United States shall have until August 16, 2012 to respond to the First Amended Complaint.

DATED: July 17, 2012　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　　*/s/ Lynn Trinka Ernce*
　　　　　　　　　　　　　　　　　　　　LYNN TRINKA ERNCE
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: July 17, 2012　　　　　　　　　　　　JESSE L.B. HILL
　　　　　　　　　　　　　　　　　　　　　　DOUGLAS MALCOLM

　　　　　　　　　　　　　　　　　　By:　*/s/*　　　Jesse L.B. Hill
　　　　　　　　　　　　　　　　　　　　JESSE L.B. HILL
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**IT IS SO ORDERED**.

DATED: 7/17/2012　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

Stipulation Extending Time for US

PDF created with pdfFactory trial version www.pdffactory.com