1   BENJAMIN B. WAGNER
United States Attorney
2   LYNN TRINKA ERNCE
Assistant United States Attorney
3   501 I Street, Suite 10-100
Sacramento, CA  95814
4   Telephone:  (916) 554-2720
Facsimile:  (916) 554-2900
5

6   Attorneys for United States of America

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   JERRY FERNANDEZ,                       CASE NO.  2:12-cv-00032 JAM CKD

12           Plaintiff,                     **STIPULATION TO EXTEND TIME
                                            TO RESPOND TO FIRST
13        v.                                AMENDED COMPLAINT**

14   UNITED STATES OF AMERICA, RITE AID
CORPORATION,
15
            Defendants.
16

17        Plaintiff Jerry Fernandez and defendant United States of America hereby stipulate and agree that

18   the United States shall have until August 16, 2012 to respond to the First Amended Complaint.

19   DATED:  July 17, 2012                    BENJAMIN B. WAGNER
                                              United States Attorney
20
                                       By:    _/s/ Lynn Trinka Ernce_____
21                                            LYNN TRINKA ERNCE
                                              Assistant United States Attorney
22
     DATED:  July 17, 2012                    JESSE L.B. HILL
23                                            DOUGLAS MALCOLM

24
                                       By:    _/s/_____Jesse L.B. Hill_____
25                                            JESSE L.B. HILL
                                              Attorneys for Plaintiff
26   **IT IS SO ORDERED**.

27   DATED:  7/17/2012                        /s/ John A. Mendez_____
                                              JOHN A. MENDEZ
28                                            UNITED STATES DISTRICT COURT JUDGE

Stipulation Extending Time for US
PDF created with pdfFactory trial version www.pdffactory.com