BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY FERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, RITE AID CORPORATION,<br><br>        Defendants. | CASE NO.  2:12-cv-00032 JAM AC<br><br>**STIPULATION REQUESTING SETTLEMENT CONFERENCE AND MODIFICATION OF SCHEDULING ORDER**<br><br>**(AS MODIFIED BY THE COURT)** |

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree as follows:

      1.    On May 19, 2012, the Court entered its Status (Pretrial Scheduling) Order for the case.  Docket 12.

      2.    The scheduling order set the following deadlines for this case:

| | |
|---|---|
| Plaintiff's Expert Witness Disclosure | March 1, 2013 |
| Defendants' Expert Witness Disclosure | March 29, 2013 |
| Supplemental/Rebuttal Expert Witnesses | April 26, 2013 |
| Joint Mid-Litigation Statement | June 7, 2013 |
| Discovery Cutoff | June 21, 2013 |
| Dispositive Motions (filed by) | August 14, 2013 |
| Dispositive Motions (heard by) | September 11, 2013 |
| Joint Pretrial Conference Statement | October 4, 2013 |
| Final Pretrial Conference | October 11, 2013 |
| Trial Briefs | November 25, 2013 |
| Trial | December 9, 2013 |

Stipulation Requesting Settlement          1
Conference And Modification of Scheduling Order

3.      Plaintiff disclosed expert witnesses on March 1, 2013 and, on March 6, 2013, he made a settlement demand.  The parties have agreed to request extensions of the remaining expert disclosure deadlines to allow time for defendants to do due diligence and analysis in light of plaintiff's disclosures and settlement demand.  They also have agreed to request a settlement conference, which the parties believe may be helpful to resolve this case.  The parties believe that good cause exists for the Court to modify its scheduling order to accommodate the parties' request for a settlement conference before any additional expert disclosures are required, since the conference may result in settlement of the case.

4.      The parties respectfully request that a settlement conference be held in **mid-April 2013**.  The parties do not wish to waive disqualification of Magistrate Judge Claire to hear discovery matters, and they respectfully request that the Court assign another magistrate judge to the settlement conference.

5.      The parties further request that the Court modify the scheduling order as follows:

|  | Old Date | New Date |
| --- | --- | --- |
| Defendants' Expert Witness Disclosure | ~~March 29, 2013~~ | April 26, 2013 |
| Supplemental/Rebuttal Expert Witnesses | ~~March 5, 2013~~ | May 10, 2013 |
| Joint Mid-Litigation Statement | June 7, 2013 | |
| Discovery Cutoff | June 21, 2013 | |
| Dispositive Motions (filed by) | August 14, 2013 | |
| Dispositive Motions (heard by) | September 11, 2013 | |
| Joint Pretrial Conference Statement | October 4, 2013 | |
| Final Pretrial Conference | October 11, 2013 at 10:00 a.m. | |
| Trial Briefs | November 25, 2013 | |
| Trial | December 9, 2013 at 9:00 a.m. | |

///
///
///
///
///
///
///

Since the parties are not asking the Court to modify the dispositive motion, pretrial, or trial dates at this time, the requested modification of the scheduling order will not prejudice any party, and should not negatively impact the Court's schedule for this case. However, if it is not possible to have a mid-April 2013 settlement conference, then the case schedule may need to be further modified to accommodate the settlement conference.

                                                    Respectfully submitted,

DATED: March 26, 2013                        BENJAMIN B. WAGNER
                                                    United States Attorney

                                By:    */s/ Lynn Trinka Ernce*
                                             LYNN TRINKA ERNCE
                                           Assistant United States Attorney

DATED: March 26, 2013                        JESSE L.B. HILL
                                                    DOUGLAS MALCOLM

                                By:    */s/ Jesse L.B. Hill*
                                             JESSE L.B. HILL
                                           Attorneys for Plaintiff

DATED: March 27, 2013                        MANNING & KASS, ELLROD,
                                                    RAMIREZ, TRESTER LLP

                                By:    */s/ Martin D. Holly*
                                           MARTIN D. HOLLY
                                           Attorneys for Defendant
                                           THRIFTY PAYLESS, INC. dba RITE AID

## **ORDER**

Based on the foregoing, and good cause appearing,

IT IS HEREBY ORDERED that the parties shall report for a settlement conference on April 17, 2013 at 9:30 a.m. in Courtroom #24 before the Hon. Carolyn K. Delaney, Magistrate Judge.

Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms at the Settlement Conference. Each party is directed to submit to the chambers of Magistrate Judge Delaney confidential settlement conference statements seven (7) days prior to the conference. Such statements are neither to be filed with the clerk nor served on opposing counsel. However, each party shall e-file a one page document entitled "Notice of Submission of Confidential Settlement Conference Statement." The parties may agree, or not, to serve each other with the settlement statements.

IT IS HEREBY FURTHER ORDERED that the scheduling order shall be modified as follows: defendants' expert disclosures shall be due on April 26, 2013, and the parties' supplemental / rebuttal expert disclosures shall be due on May 10, 2013.

DATED:  March 27, 2013                    /s/ John A. Mendez
                                          JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE